PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-2163
_____

ERIC GREENE
also known as
JARMAINE Q. TRICE

v.

JOHN A. PALAKOVICH; THE DISTRICT ATTORNEY OF THE
PHILADELPHIA COUNTY; THE ATTORNEY GENERAL OF THE
STATE OF PENNSYLVANIA

Eric Greene,
Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court  No. 04-cv-05200
District Judge: The Honorable Clifford Scott Green
_____

Argued March 8, 2010

Before: AMBRO, SMITH,  and MICHEL,[*] Circuit Judges

(Opinion Filed: May 28, 2010)

**ORDER  AMENDING DISSENTING OPINION**

_____

[*]  At the time this matter was submitted to the Court, Judge Michel, who sat by designation, was a member of the panel.  As Judge Michel retired from the Federal bench on May 31, 2010, this order is filed by a quorum of the panel.  28 U.S.C. § 46(d).

AMBRO, Circuit Judge

IT IS NOW ORDERED that the published Dissenting Opinion in the above case filed May 28, 2010, be amended as follows:

On page 14, carryover paragraph, line 6, change "bright-line" to "bright line".

On page 19, footnote 9, line 4, change "[its]" to "[their]".

On page 22, carryover paragraph, line 7, change "places" to "does not place".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: July 22, 2010

2